IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ANNE MARIE LITSON-GRUENBER,** *Individually And On Behalf of All Others Similarly Situated*, | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 7:09-CV-056-0 |
| **JPMORGAN CHASE & CO.,** | § § § | |
| **Defendant.** | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Signed on this 16th day of December, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**